**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **D Rail Transport, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **83-2417413** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **2519 Dothan Road** **Bainbridge, GA 39817** Number, Street, City, State & ZIP Code **Decatur** County | **Mailing address, if different from principal place of business** **319 Holt Road** **Climax, GA 39834** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  **D Rail Transport, LLC**_____  Case number (*if known*)_____
        Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor  **D Rail Transport, LLC**_____    Case number (*if known*) _____
         Name

List all cases. If more than 1,
attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **D Rail Transport, LLC**                                          Case number (*if known*)
_____Name_____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 29, 2025**
              MM / DD / YYYY

**X** **/s/ Daniel Sodrel**                              **Daniel Sodrel**
Signature of authorized representative of debtor          Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X** **/s/ G. Daniel Taylor**                           Date  **July 29, 2025**
Signature of attorney for debtor                                MM / DD / YYYY

**G. Daniel Taylor 528521**
Printed name

**Stone & Baxter, LLP**
Firm name

**577 Third Street**
**Macon, GA 31201**
Number, Street, City, State & ZIP Code

Contact phone   **478-750-9898**      Email address   **dtaylor@stoneandbaxter.com**

**528521 GA**
Bar number and State

## RESOLUTION OF THE MEMBER OF D RAIL TRANSPORT, LLC

The undersigned, constituting the Sole Member of D Rail Transport, LLC, a Georgia limited liability company (the "Company"), by affixing his signature hereto, does hereby expressly waive notice of, and any rights to receive any material otherwise required to be furnished in a notice of, a meeting of the Member(s) of the Company and consent to and take the following actions and adopt the following resolutions, as if the same were done at a meeting of the Member(s) duly called and held:

WHEREAS, the undersigned has determined that it is in the best interest of the Company to file a Petition for Reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Georgia and to retain professionals to assist and represent the Company in such Chapter 11 case;

NOW, THEREFORE, it is resolved that the undersigned does hereby consent to and approve the Company filing a Petition for Reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Georgia; and it is hereby

FURTHER RESOLVED that Daniel Sodrel, as Manager of the Company, is hereby authorized to act on behalf of the Company in furtherance of a reorganization of the Company under Chapter 11 of the Bankruptcy Code, and to take such action and to execute such instruments and documents in connection with the Chapter 11 case; to initiate and defend any litigation arising in, under or related to the Chapter 11 case; and to hire such other professionals; as, in either of their sole and explicit discretion, may be necessary, desirable, or incidental thereto; and it is

FURTHER RESOLVED that such manager of the Company is hereby authorized to draft a plan of reorganization for presentation to and approval by the Bankruptcy Court; and it is

FURTHER RESOLVED that such manager of the Company is hereby authorized, on behalf of the Company, to retain the services of Stone & Baxter, LLP, as counsel for the Company in connection with the Chapter 11 case; and it is

FURTHER RESOLVED that such manager of the Company is hereby authorized, on behalf of the Company, to retain the services of an accounting firm of their selection, as accountants for the Company in connection with the Chapter 11 case; and it is

FURTHER RESOLVED that such manager of the Company and the Company's counsel (Stone & Baxter, LLP) are hereby authorized to negotiate and execute such instruments and documents as may be necessary to obtain post-petition financing from one or more lenders of their choice for the Company, and obtain permission to use the cash collateral (as defined by 11 U.S.C. § 363(a)) as may be needed from any party with interest therein, and to request approval from the United States Bankruptcy Court of such post-petition financing and use of cash collateral, and it is



FURTHER RESOLVED, that this Resolution may be executed in any number of counterparts, each of which shall be deemed to be an original, and all of which together shall constitute one and the same instrument, and facsimile transmissions of the signatures provided for below may be relied upon, and shall have the same force and effect, as the originals of such signatures.

APPROVED, as of this 29 day of July, 2025

SOLE MEMBER:

_____
Daniel Sodrel, Sole Member

G:\CLIENTS\D Rail Transportation, LLC\Petition\Resolution.doc



Fill in this information to identify the case:
Debtor name: **D Rail Transport, LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF GEORGIA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BMO Harris Bank P.O. Box 6201 Carol Stream, IL 60197 | | Guaranty | Contingent | | | $220,815.76 |
| BMO Harris Bank P.O. Box 6201 Carol Stream, IL 60197 | | Guaranty | Contingent | | | $218,450.00 |
| BMO Harris Bank P.O. Box 790415 Saint Louis, MO 63179 | | 2019 KW Vin No. 2175 2019 KW Vin No. 2173 | | $186,267.14 | $30,000.00 | $156,267.14 |
| BMO Harris Bank P.O. Box 790415 Saint Louis, MO 63179 | | 2023 Reitnouer 48' FB Vin No. 0691 2023 Reitnour 49' FB Vin No. 0693 2023 Reitnour 49; FB Vin No. 0692 | | $137,726.05 | $51,000.00 | $86,726.05 |
| Continental Tire P.O. Box 745388 Atlanta, GA 30374 | | Trade debt | | | | $60,419.67 |
| First Commonwealth Equipment Finance 601 Philidelphia Street Indiana, PA 15701 | | 2021 KW Vin No. 0092 | | $153,045.00 | $80,000.00 | $73,045.00 |
| Gulf Coast Bank 200 St Charles Street New Orleans, LA 70130 | | 2019 KW Vin No. 2176 2019 KW Vin No. 2177 | | $166,055.00 | $60,000.00 | $106,055.00 |
| Regions Bank 2390 US--59 Kingwood, TX 77339 | | Hunter Tire | | $62,041.90 | $10,000.00 | $52,041.90 |

Debtor **D Rail Transport, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Siemens**<br>**200 Wood Avenue South**<br>**Suite 200**<br>**Iselin, NJ 08830** | | **2023 PB Vin No. 0037**<br>**2023 PB Vin No. 0040** | | **$256,833.00** | **$180,000.00** | **$76,833.00** |
| SouthPoint<br>3501 Grandview Parkway<br>Birmingham, AL 35243 | | 2021 KW Vin No. 9485 | | $139,104.66 | $60,000.00 | $79,104.66 |
| SouthPoint<br>3501 Grandview Parkway<br>Birmingham, AL 35243 | | 2019 KW Vin No. 5080 | | $135,654.60 | $60,000.00 | $75,654.60 |
| SouthPoint<br>3501 Grandview Parkway<br>Birmingham, AL 35243 | | 2024 Extreme Conestoga Vin No. 8929 | | $92,618.54 | $30,000.00 | $62,618.54 |
| SouthPoint<br>3501 Grandview Parkway<br>Birmingham, AL 35243 | | 2024 Extreme Conestoga Vin No. 8929 | | $89,800.12 | $30,000.00 | $59,800.12 |
| SouthPoint<br>3501 Grandview Parkway<br>Birmingham, AL 35243 | | 2019 KW Vin No. 5851 | | $88,133.85 | $30,000.00 | $58,133.85 |
| SouthPoint<br>3501 Grandview Parkway<br>Birmingham, AL 35243 | | 2023 Reitnouer 53' Vin No. 0567<br>2023 Reitnouer 53' Vin No. 0568 | | $92,618.54 | $40,000.00 | $52,618.54 |
| SouthPoint<br>3501 Grandview Parkway<br>Birmingham, AL 35243 | | 2019 KW Vin No. 6962 | | $135,704.92 | $10,000.00 | $125,704.92 |
| SouthPoint<br>3501 Grandview Parkway<br>Birmingham, AL 35243 | | 2023 Great Dane Reefer Vin No. 4337<br>2023 Great Dane Reefer Vin No. 4338 | | $155,679.57 | $30,000.00 | $125,679.57 |
| SouthPoint<br>3501 Grandview Parkway<br>Birmingham, AL 35243 | | 2019 KW Vin No. 6997 | | $134,811.58 | $30,000.00 | $104,811.58 |

Debtor **D Rail Transport, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **SouthPoint**<br>**3501 Grandview Parkway**<br>**Birmingham, AL 35243** | | **2023 KW Vin No. 6603**<br>**2023 KW Vin No. 6604** | | **$376,222.94** | **$155,000.00** | **$221,222.94** |
| **SouthPoint**<br>**3501 Grandview Parkway**<br>**Birmingham, AL 35243** | | **2019 PB Vin. No. 1795**<br>**2023 Reitnouer 48' Vin No. 0699**<br>**2023 Reitnouer 48' Vin No. 0700**<br>**2023 Reitnouer 48' Vin No. 0701**<br>**2023 Reitnouer 48' Vin No.** | | **$360,777.06** | **$143,000.00** | **$217,777.06** |

# United States Bankruptcy Court
## Middle District of Georgia

In re: **D Rail Transport, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **July 29, 2025**

**/s/ Daniel Sodrel**  
**Daniel Sodrel**/**Managing Member**  
Signer/Title

```
18 Wheels Diesel Repair, LLC
2519 Dothan Road
Bainbridge GA 39817

Ally Financial
12850 Gran Bay Parkway
Jacksonville FL 32258

BMO Harris Bank
P.O. Box 6201
Carol Stream IL 60197

BMO Harris Bank
P.O. Box 790415
Saint Louis MO 63179

CAT Financial
2120 West End Avenue
Nashville TN 37203

Continental Tire
P.O. Box 745388
Atlanta GA 30374

Daniel Sodrel
319 HoltRoad
Climax GA 39834

First Commonwealth Equipment Finance
601 Philidelphia Street
Indiana PA 15701

Fountain Leasing, LLC
2502 N. Rocky Point Drive
Tampa FL 33607

GM Financial
801 Cherry Street
Suite 500
Fort Worth TX 76102

Gulf Coast Bank
200 St Charles Street
New Orleans LA 70130

Knight's Towing, Inc.
2892 Old Hwy 84
Ashford AL 36312

Lynn Sodrel
319 Holt Road
Climax GA 39834
```

```
Midland Equipment Finance
1801 Park 270 Drive
Suite 200
Saint Louis MO 63146

Mitsubshi Financial
800 Connecticut Avenue
Norwalk CT 06854

Pathward Financial, Inc f/k/a Crestmart
5480 Corporate Drive
Sutie 350
Troy MI 48098

Pawnee Leasing Corporation
3801 Automation Way
Sutie 207
Fort Collins CO 80525

Regions Bank
2390 US--59
Kingwood TX 77339

Siemens
200 Wood Avenue South
Suite 200
Iselin NJ 08830

Simmons
17901 Chenal Pkwy.
4th Floor
Little Rock AR 72223

SouthPoint
3501 Grandview Parkway
Birmingham AL 35243

Stephen P. Drobny
Jones Walker LLP
3455 Peachtree Road, NE
Suite 1400
Atlanta GA 30326

The Huntington National Bank
P.O. Box 1822322
Columbus OH 43218

Thomasville National Bank
301 North Broad Street
Thomasville GA 31792

United Leasing
3700 Morgan Avenue
Evansville IN 47715
```

```
United National Bank
720 N Broad Street
Cairo GA 39828
```

# United States Bankruptcy Court
## Middle District of Georgia

In re  **D Rail Transport, LLC**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **D Rail Transport, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| July 29, 2025 | /s/ G. Daniel Taylor |
| Date | G. Daniel Taylor 528521 |
| | Signature of Attorney or Litigant |
| | Counsel for **D Rail Transport, LLC** |
| | **Stone & Baxter, LLP** |
| | **577 Third Street** |
| | **Macon, GA 31201** |
| | **478-750-9898 Fax:478-750-9899** |
| | **dtaylor@stoneandbaxter.com** |